IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ADRIN MAURICE MURPHY

v.                                                            Civil No. 1:23cv255-HSO

UNITED STATES OF AMERICA

AND

UNITED STATES OF AMERICA

v.                                                            Criminal No. 1:21cr147-HSO-RPM-1

ADRIN MAURICE MURPHY

### FINAL JUDGMENT OF DISMISSAL

In accordance with the reasons given in the Court's Order [40] denying Defendant's Motion [36] to Vacate, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of November, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE